DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LAQUENTIN BUTLER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-2935

[February 18, 2015]

Appeal of order denying rule 3.801 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Matthew I. Destry, Judge; L.T. Case No. 11011743 CF10A.

LaQuentin Butler, Fort Lauderdale, pro se.

No appearance required for appellee.

PER CURIAM.

Affirmed without prejudice to appellant filing a sworn and legally sufficient motion within the time provided by rule 3.801.

WARNER, GROSS and CONNER, JJ., concur.

*        *        *

*Not final until disposition of timely filed motion for rehearing.*